

# NUMBER 13-21-00120-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

TOMACHIA JONES,                                         **Appellant,**

**v.**

JP MORGAN CHASE BANK
NATIONAL ASSOCIATION,                               **Appellee.**

### On appeal from the 400th District Court
### of Fort Bend County, Texas.

# MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Tijerina
### Memorandum Opinion by Justice Longoria

This matter is before the Court on a joint motion to dismiss which indicates appellant was unaware and did not authorize the notice of appeal to be filed on her behalf.[1]

The Court, having considered the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Therefore, the joint motion to dismiss is granted and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

NORA L. LONGORIA
Justice

Delivered and filed on the
1st day of July, 2021.

---

[1] This case is before the Court on transfer from the First Court of Appeals in Houston pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.